# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:15-cr-050-MOC-DSC-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| BLAKE ADAM MASTERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 76).

# ORDER

**IT IS HEREBY ORDERED** that within 30 days the Government shall file a response to Defendant's motion.

*signature*

Max O. Cogburn Jr
United States District Judge

1